**Dated: April 22, 2022**
**The following is ORDERED:**

_____
M. Ruthie Hagan
**UNITED STATES BANKRUPTCY JUDGE**

_____

```
                    UNITED STATES BANKRUPTCY COURT
                     WESTERN DISTRICT OF TENNESSEE
```

| | |
|---|---|
| In Re: | Chapter 13 |
| SHIRLEY A RICE           SSN XXX-XX-8932 | Case No. 17-22076-H |
| Debtor(s) | |

ORDER ON COMPLETED CHAPTER 13 CASE WITHOUT THE ENTRY OF A DISCHARGE
COMBINED WITH NOTICE OF THE ENTRY THEREOF

The Court finds that the Chapter 13 debtor(s) filed this case under Title 11, United States Bankruptcy Code, on March 07, 2017; that the debtor(s)' plan has been confirmed; and that the debtor(s) have fulfilled all requirements under the plan.

The Court further finds that the debtor(s) failed to complete an instructional course concerning personal financial management as required by 11 U.S.C. 1328(g)(1) and/or failed to file a statement regarding completion of such instructional course (OBF 23).

Accordingly, IT IS ORDERED AND NOTICE IS HEREBY GIVEN THAT:

1. If no timely written objection is filed and served within thirty (30) days from the entry of this order, this order will become final on its own terms; the case may be closed without entry of a discharge, pursuant to 11 U.S.C. §1328(f)(1) or (2); all withourt further orders of this Court. The Trustee shall turn over to the debtor(s) any funds remaining in his or her hands, or which shall come into his or her hands, under this plan.

2. Pursuant to 11 U.S.C. 1328(g)(1) and Fed. R. Bankr. P. 4004 (c)(4), the case is closed without entry of a discharge.

3. All pending motions to dismiss this case and/or objections to confirmation of the plan previously filed by the Standing Chapter 13 Trustee ("Trustee"), if any, are hereby authorized to be withdrawn at the request of the Trustee.

4. The Bankruptcy Court Clerk's Office shall give the debtor(s), all scheduled creditors, and other known parties in interest notice of the closing of this case by mailing a copy of this Order and Notice to them. Fed. R. Bankr. P. 2002(f)(2).

United States Bankruptcy Court

Western District of Tennessee

In re: Case No. 17-22076-mrh
Shirley A. Rice Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0651-2 User: ao1492bnc Page 1 of 3
Date Rcvd: Apr 22, 2022 Form ID: pdftr05 Total Noticed: 52

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Shirley A. Rice, 3025 Winder Drive, Memphis, TN 38128-5346 |
| 32446918 | + | Advantage Property Management, 830 Willow Tree Circle, Cordova, TN 38018-6330 |
| 32446917 | + | Advantage Property Management, c/o L.E. Baer, Atty, 200 Jefferson AV, Ste 725, Memphis, TN 38103-8336 |
| 32446922 | + | Diagnostic Imaging, P.C., 6401 Poplar Avenue, Ste 100, Memphis, TN 38119-4840 |
| 32446923 | | Diagnostic Imaging, P.C., P.O. Box 1000, Dept 275, Memphis, TN 38148-0275 |
| 32446927 | + | Healthsouth Rehab Hospital of Memphis, 1282 Union Avenue, Memphis, TN 38104-3414 |
| 32532010 | + | METHODIST HEALTHCARE NORTH, Consolidated Recovery Systems, 1350 Concourse Ave, 6th floor, Suite 600, MEMPHIS, TN 38104-2028 |
| 32446941 | | Methodist Healthcare, P.O. Box 2279, Memphis, TN 38101-2279 |
| 32446943 | + | QCard, c/o Advanced Call Center Technologies, P O Box 991, Johnson City, TN 37605-0991 |
| 32532012 | + | T M CARR MD PC, Consolidated Recovery Systems, 1350 Concourse Ave, 6th floor, Suite 600, MEMPHIS, TN 38104-2028 |
| 32446951 | + | Traffic Violations Bureau System, 201 Poplar Avenue, Rm LL-80, Memphis, TN 38103-1945 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: bnc-quantum@quantum3group.com | Apr 22 2022 21:55:00 | Quantum3 Group LLC as agent for, Wollemi Acquisitions LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 32499992 | + | Email/Text: BKPT@cfna.com | Apr 22 2022 21:54:00 | Credit First NA, PO Box 818011, Cleveland OH 44181-8011 |
| 32446920 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 22 2022 22:02:25 | Credit One Bank, 585 S. Pilot Street, Las Vegas, NV 89119-3619 |
| 32446921 | | Email/PDF: creditonebknotifications@resurgent.com | Apr 22 2022 22:02:25 | Credit One Bank, P.O. Box 60500, City Of Industry, CA 91716-0500 |
| 32446919 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 22 2022 22:02:34 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 32446936 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 22 2022 22:02:36 | Macy's, Bankruptcy Processing, P O Box 8053, Mason, OH 45040 |
| 32446935 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 22 2022 22:02:36 | Macy's, P O Box 17759, Clearwater, FL 33762 |
| 32446934 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 22 2022 22:02:39 | Macy's, PO Box 8058, Mason, OH 45040-8058 |
| 32545241 | | Email/Text: bnc-quantum@quantum3group.com | Apr 22 2022 21:55:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 32446916 | | Email/Text: bankruptcy@first-heritage.com | Apr 22 2022 21:54:00 | 1st Heritage Credit, 8500 Wilkinsville RD, Ste 121, Millington, TN 38053 |
| 32446924 | | Email/Text: BKPT@cfna.com | Apr 22 2022 21:54:00 | Firestone, P.O. Box 81410, Cleveland, OH 44181-0410 |

Case 17-22076   Doc 47   Filed 04/24/22   Entered 04/24/22 23:45:51   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0651-2 | User: ao1492bnc | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Apr 22, 2022 | Form ID: pdftr05 | Total Noticed: 52 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
| --- | --- | --- | --- | --- |
| 32446926 | | Email/Text: BKPT@cfna.com | Apr 22 2022 21:54:00 | Firestone, CFNA, P.O. Box 81315, Cleveland, OH 44181-0315 |
| 32446925 | | Email/Text: BKPT@cfna.com | Apr 22 2022 21:54:00 | Firestone, c/o Credit First N.A., P.O. Box 81344, Cleveland, OH 44188-0344 |
| 32446933 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 22 2022 21:55:00 | HSN, P O Box 659707, San Antonio, TX 78265-9707 |
| 32446928 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 22 2022 22:02:37 | Home Depot, PO Box 6925, The Lakes, NV 88901-6925 |
| 32446929 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 22 2022 22:02:27 | Home Depot, P O Box 790328, Saint Louis, MO 63179-0328 |
| 32446930 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 22 2022 22:02:27 | Home Depot, P O Box 790393, Saint Louis, MO 63179-0393 |
| 32446931 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 22 2022 22:02:03 | Home Depot Credit Services, P O Box 9001010, Louisville, KY 40290-1010 |
| 32446932 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 22 2022 22:02:33 | Home Shopping Network, P.O. Box 981064, El Paso, TX 79998-1064 |
| 32505592 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 22 2022 22:02:07 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 32505594 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 22 2022 22:01:03 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 32539726 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 22 2022 21:56:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 32446938 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 22 2022 22:00:51 | Merrick Bank, P O Box 30537, Tampa, FL 33630-3537 |
| 32446937 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 22 2022 22:00:54 | Merrick Bank, P O Box 660702, Dallas, TX 75266-0702 |
| 32446940 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 22 2022 22:02:33 | Merrick Bank, P O Box 1500, Draper, UT 84020-1127 |
| 32446939 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 22 2022 22:00:56 | Merrick Bank, P.O. Box 171379, Salt Lake City, UT 84117-1379 |
| 32446942 | + | Email/Text: bankruptcy@sccompanies.com | Apr 22 2022 21:57:00 | Montgomery Ward, 3650 Milwaukee Street, Madison, WI 53714-2304 |
| 32566051 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 22 2022 22:02:26 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 32447084 | + | Email/PDF: rmscedi@recoverycorp.com | Apr 22 2022 22:02:36 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 32446944 | | Email/PDF: gecsedi@recoverycorp.com | Apr 22 2022 22:00:59 | QCard/Synchrony Bank, P O Box 530905, Atlanta, GA 30353-0905 |
| 32453866 | | Email/Text: bnc-quantum@quantum3group.com | Apr 22 2022 21:55:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 32446945 | + | Email/Text: egssupportservices@alorica.com | Apr 22 2022 21:56:00 | Sam's Club Personal Credit Account, c/o EGS Financial Care, Inc., P O Box 1020, Dept 806, Horsham, PA 19044-8020 |
| 32446946 | | Email/Text: enotifications@santanderconsumerusa.com | Apr 22 2022 21:56:00 | Santander Consumer USA, P.O. Box 105255, Atlanta, GA 30348-5255 |
| 32472844 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 22 2022 21:56:00 | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 32446947 | | Email/PDF: gecsedi@recoverycorp.com | Apr 22 2022 22:02:24 | Synchrony Bank, Attn: Bankruptcy Dept, P O Box 965060, Orlando, FL 32896-5060 |

Case 17-22076 Doc 47 Filed 04/24/22 Entered 04/24/22 23:45:51 Desc Imaged
Certificate of Notice Page 5 of 5

| District/off: 0651-2 | User: ao1492bnc | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 22, 2022 | Form ID: pdftr05 | Total Noticed: 52 |

| 32446948 | Email/PDF: gecsedi@recoverycorp.com | Apr 22 2022 22:02:24 | Synchrony Bank, Attn: Bankruptcy Dept, P O Box 965009, Orlando, FL 32896-5009 |
| 32446949 | Email/PDF: gecsedi@recoverycorp.com | Apr 22 2022 22:01:05 | Synchrony Bank/Evine Live, Attn: Bankruptcy Dept, P O Box 965060, Orlando, FL 32896-5060 |
| 32446950 | Email/PDF: gecsedi@recoverycorp.com | Apr 22 2022 22:01:12 | Synchrony Bank/Sam's Club, P O Box 530942, Atlanta, GA 30353-0942 |
| 33474467 | + Email/Text: ECF@UNIVERSALCOLLECTIONSYSTEMS.COM Apr 22 2022 21:57:00 | | THE CARDIOLOGY GROUP OF CMPM, C/O UCS, P O BOX 751090, MEMPHIS TN 38175-1090 |
| 32446952 | Email/PDF: gecsedi@recoverycorp.com | Apr 22 2022 22:02:33 | Walmart Credit Card, Walmart/Synchrony Bank, P O Box 965023, Orlando, FL 32896-5023 |
| 32446953 | Email/PDF: gecsedi@recoverycorp.com | Apr 22 2022 22:00:58 | Walmart/Synchrony Bank, P O Box 530927, Atlanta, GA 30353-0927 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2022         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| First Heritage Credit | kirkflex@comcast.net |
| George W. Stevenson Chapter 13 | ch13gws@gmail.com |
| Michael A. Flexsenhar, Jr. | on behalf of Creditor First Heritage Credit lsmith@skflawfirm.com |
| PRA Receivables Management, LLC | claims@recoverycorp.com |
| Thomas R. Branch | on behalf of Debtor Shirley A. Rice ahbk@bellsouth.net jwallace@archibaldandhalmon.com |
| U.S. Trustee | ustpregion08.me.ecf@usdoj.gov |

TOTAL: 6